Edwin Aiwazian (SBN 232943)
*edwin@calljustice.com*
Tara Zabehi (SBN 314706)
*tara@calljustice.com*
Margaux Gundzik (SBN 340116)
*m.gundzik@calljustice.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone: (818) 265-1020 / Facsimile: (818) 265-1021

*Attorneys for* Plaintiff KENT SACHS

Phillip R. Maltin (SBN 153606)
*pmaltin@raineslaw.com*
Matthew D. Pate (SBN 317136)
*mpate@raineslaw.com*
**RAINES FELDMAN LLP**
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 440-4100 / Facsimile: (310) 691-1943

*Attorneys for* Defendants PANKOW OPERATING, INC. and CHARLES PANKOW BUILDERS, LTD

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT SACHS; individually, and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>Plaintiff,<br><br>vs.<br><br>PANKOW OPERATING, INC., a California corporation; CHARLES PANKOW BUILDERS, LTD, a California limited partnership; and DOES 1 through 100,<br><br>Defendants. | Case No.: 2:21-CV-08998-TJH-(ADSx)<br><br>Honorable Terry J. Hatter Jr.<br>Courtroom #9B<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 41(a)(1)(A)(ii)**<br><br>[Filed concurrently with Declaration of Margaux Gundzik and [Proposed] Order]<br><br>Complaint Filed: September 20, 2021<br>Jury Trial Date: None Set |

JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 41(A)(1)(A)(II)

3188212.1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kent Sachs ("Plaintiff") and Defendants Pankow Operating, Inc. and Charles Pankow Builders, LTD. (collectively "Defendants") (Plaintiff and Defendants shall be referred to collectively herein as "the Parties"), by and through their respective undersigned counsel, hereby stipulate that Plaintiff's individual PAGA claim be dismissed with prejudice and his non-individual representative PAGA claim be dismissed without prejudice as described below:

**WHEREAS,** on September 20, 2021, Plaintiff, individually, and on behalf of the State of California and other allegedly aggrieved employees pursuant to the California Private Attorneys General Act, filed a PAGA action lawsuit in the in the Superior Court of California, County of Los Angeles, case number 21GDCV01192 against Defendants (the "Action");

**WHEREAS**, on November 18, 2021, Defendants removed the current Action to the United States District Court for the Central District of California, where the case is assigned case number 2:21-CV-08998-TJH-(ADSx);

**WHEREAS**, the Parties desire to settle, fully and finally, all claims Plaintiff individually might have against Defendants, including any individual claim under PAGA;

**WHEREAS**, after meeting and conferring with Defendants, Plaintiff has agreed to confidentially settle his individual claims with Defendants for good and valuable consideration in exchange for an agreement to a general release of all individual claims, including PAGA, and a waiver of California Civil Code section 1542;

**WHEREAS**, under the settlement, no consideration has been provided to Plaintiff or Plaintiff's Counsel, including any fees or costs, for dismissing the PAGA representative claims without prejudice;

**WHEREAS**, Plaintiff has agreed to dismiss the PAGA representative claims without prejudice;

**WHEREAS**, notice of the pendency of the Action has not been provided to aggrieved employees in this Action, and none of the aggrieved employees will be prejudiced by the dismissal of the PAGA representative claim without prejudice;

**WHEREFORE**, Plaintiff and Defendants, all by and through their respective counsel, hereby stipulate that Plaintiff's individual PAGA claim be dismissed with prejudice and his non-individual representative PAGA claim be dismissed without prejudice;

**WHEREFORE**, Plaintiff hereby requests an Order dismissing Plaintiff's individual PAGA claim in the Action with prejudice and dismissing his non-individual representative PAGA claim as it relates to allegedly aggrieved employees without prejudice;

**WHEREFORE, ADDITIONALLY,** each Party shall bear its own fees and costs.

**IT IS SO STIPULATED.**

DATED: May 22, 2023                                **LAWYERS FOR JUSTICE, PC**


/s/ Margaux Gundzik
Margaux Gundzik
*Attorneys for* Plaintiff Kent Sachs

DATED: May 22, 2023,                                **RAINES FELDMAN LLP**


/s/ Matthew D. Pate
Phillip R. Maltin
Matthew D. Pate
*Attorneys for* Defendants Pankow Operating, Inc. and Charles Pankow Builders, LTD.